# EXHIBIT A-1

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

# Exhibit A-1

## ORIGINAL Preliminary Analysis of Infringement of U.S. Patent No. 6,703,963

Princeps Interface Technologies LLC ("Princeps"), owner of U.S. Patent No. 6,703,963 (the "'963 patent") entitled "Universal Keyboard", provides this preliminary and exemplary infringement analysis with respect to infringement of the '963 patent by Samsung Electronics Co., Ltd. ("SEC"); Samsung Electronics America, Inc. ("SEA"); and Samsung Austin Semiconductor, LLC ("SAS"), (collectively "Samsung" or "Defendants").

Samsung directly infringes the '963 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing instrumentalities which embody the claimed features of the patented invention. Princeps contends that based on currently available information, Princeps is aware that Samsung, at a minimum, has sold, offered for sale, made, used, and/or imported at least the following products and services: Samsung devices, such as the Samsung Galaxy S and the Samsung Galaxy Note, which operate using the Android operating system (produced by Google and re-sold in retail outlets by Samsung the "Accused Instrumentalities"). All the current versions of these devices (i.e., the Samsung Galaxy S10 and other models in the S series) all use the current version of the Android operating system, shipping with Android 9.0 "Pie". The Android operating system utilizes applications with infringing keyboard functions, such as the Samsung proprietary app for Messages and the Samsung Mail app. Furthermore, these Samsung proprietary apps have been available on earlier versions of the Samsung devices since at least as early as 2010 when Samsung introduced the Samsung Galaxy S. (*See* https://en.wikipedia.org/wiki/Samsung_Galaxy_S_series) Therefore, the infringement has been occurring since at least that time.

Unless otherwise noted, Princeps believes and contends that each element of each claim asserted herein is literally met through Samsung's provision of the Accused Instrumentalities. However, to the extent that Samsung attempts to allege that any asserted claim element is not literally met, Princeps believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities sold, offered for sale, made, used, and/or imported by Samsung, Princeps did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element. Princeps notes that the present claim chart and analysis are necessarily preliminary because Princeps has not received any discovery from Samsung, nor has Samsung disclosed any analysis in support of any purported non-infringement positions. Further, Princeps does not have the benefit of claim construction or expert discovery. Princeps hereby specifically reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Princeps prior to or during the pendency of the litigation, including information adduced through fact discovery, claim construction, expert discovery, and/or further analysis. Nothing in this preliminary and exemplary infringement analysis constitutes an implicit or explicit proposal regarding the construction of any claim term or phrase.

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

## Samsung – Samsung Devices with Universal Keyboard Technology

Samsung provides and sells devices including the Samsung smart phones and other electronics products for consumer electronics, home appliances and semiconductors. Samsung smart phones utilize a universal keyboard technology with functional mode controls, at least one domain control and a plurality of input keys associated with specific domain level values based on a selected functional mode.  Samsung's universal keyboard technology utilizes function-specific displays indicating domain-level values for a selected functional mode and domain-level combination. The input keys and the domain control are simultaneously presented by the Samsung smart phones.  The universal keyboard technology permits Samsung to provide a variety of keyboard and layout options to users of the Samsung devices.



"Once you have downloaded a keyboard, navigate to Settings, and then search for and select Language and input. Tap Default keyboard, and then select your desired keyboard."

"From the toolbar, you can choose between Emoji, Stickers, GIF, Voice Input, and Settings. Tap the down arrow to see even more options available on your phone."

Source: https://www.samsung.com/us/support/answer/ANS00079092/ "Adjust keyboard settings on your phone"

2

Note:  All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1 | | Samsung provides and sells several models of its smartphones; these devices utilize in-built Samsung Keyboard for typing and inputs. |
| 1-p | An information input device, comprising: |  Source: https://www.samsung.com/us/mobile/phones/<br><br>Source: https://www.samsung.com/us/support/answer/ANS00079092/ |

3

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
|  |  | In Samsung devices sold by Samsung directly in retail outlets, the Samsung company re-sells the Android Operating system produced by Google.  For example, the Samsung Galaxy S10 is the latest popular Samsung device in the Samsung Galaxy S series, Samsung's premiere smartphone.<br>Source:  https://en.wikipedia.org/wiki/Samsung_Galaxy_S10<br>Source:  https://en.wikipedia.org/wiki/Samsung_Galaxy_S9<br><br>Samsung has been selling devices with the Android operating system with the Accused Instrumentalities, since at least 2010 when Samsung introduced the Samsung Galaxy S.<br> Source:  https://en.wikipedia.org/wiki/Samsung_Galaxy_S_series |
| 1-a | a functional mode control for selecting a first functional mode of operation of multiple functional modes of operation by the input device; | In the Samsung smart phones, the "functional mode control" can be any icon for activating an installed application which relies upon a keyboard for accepting input information data.  Such applications can include applications that are proprietary to Samsung, such as the Samsung "Messages" or "Email" apps, or third-party apps which utilize a keyboard for accepting input data. |

Note:  All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | "open an app, tap its icon on the Home screen." |
| | | |
| | | Source: http://downloadcenter.samsung.com/content/UM/201903/20190320055803869/ATT_SM-G960U_SM-G965U_EN_UM_P_9.0_030519_FINAL_AC.pdf at page 53 of 157 "Galaxy S9/S9+ User manual : Apps" |
| | | See also: https://www.gottabemobile.com/how-to-change-the-galaxy-s9-text-message-app/ "Text Message App" |
| | | See also: http://downloadcenter.samsung.com/content/UM/201903/20190320055803869/ATT_SM-G960U_SM-G965U_EN_UM_P_9.0_030519_FINAL_AC.pdf at page 82 of 167 "Galaxy S9/S9+ User manual : Email" |

5

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | According to the patent, the functional mode control may also be used to set different functional modes of operation, such as for enabling different keyboards for character sets of different languages or different sets of symbols: |
| | | which the keyboard is serving as an input device. For example, the functional mode of operation is selected, by way of example, from the group consisting of: an English alphanumeric keyboard, a non-English alphanumeric keyboard, telephone, calculator, card reader, text editing, internet navigation, an application-specific mode associated with the use of a particular software application and a mode associated with the control of an electronic device. Additionally, in embodiments of the invention, the keyboard 1 operates concurrently in more than one functional mode of operation. For example, the keyboard may be concurrently in both the E-mail and Alphanumeric functionalities to facilitate drafting an e-mail message. Other exemplary combinations of multiple simultaneous functional modes of operation include Edit/E-mail, Edit/Alphanumeric, Tele/www, Tele/Alpha, or E-mail/Tele/www. |
| | | Source: US Patent 6,703,963 (See column 4, lines 4-19) |
| | | In the Samsung devices, different functional modes may be selected: |
| | | "From Settings, search for and select Language and input, and then tap On-screen keyboard. Next, tap Samsung Keyboard. From here, you can adjust your desired keyboard settings." |
| | | "Once you have downloaded a keyboard, navigate to Settings, and then search for and select Language and input. Tap Default keyboard, and then select your desired keyboard." |
| | | Source: https://www.samsung.com/us/support/answer/ANS00079092/ "Adjust keyboard settings on your phone" |

6

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | In Samsung smart phones, the "Settings" Application can also be used to change aspects of the functional modes in, for example, the keyboard options from those that are available through "Settings" in Samsung smart phone. As shown below, under "Settings", "General Management", "Language and Input", "On-screen keyboard" and "Language and types", functional mode selections can be controlled by "Smart typing" to determine selections for language, Predictive text, Text shortcuts and other controls. The select options can be used in various applications such as email or messaging.<br><br>Above snapshots captured during testing of Samsung S9+ smartphone<br><br>"From Settings, search for and select Language and input. Touch Language > Add language, and then select your desired language. If you don't see the language you are looking for, touch More Options, |

7

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | touch All languages, and then touch your desired language. Next, based on your preferences, touch Keep current or Set as default."<br>Sources: https://www.samsung.com/us/support/answer/ANS00062642/ "Change Language and Input Settings on Your Phone"<br><br>See Also: https://www.samsung.com/us/support/answer/ANS00079092/ "Adjust keyboard settings on your phone" |
| 1-b | a domain control for selecting one of multiple domain levels within the first functional mode wherein each domain level is associated with a set of domain-level values; | The "domain controls" in the Samsung keyboard are the symbols for an Emoji and Spacebar appearing on top and the bottom of keyboard as shown below. These symbols are activated by touching (and swiping) them on the touch screen to control the "domain level" (i.e., the selection of a set of emoji or change the keyboard language) associated with the selected symbol set at each domain level.<br><br>Above snapshot captured during testing of Samsung S9+ smartphone<br><br>"Please note: If you select more than one language, you can quickly switch between languages by swiping your finger across the space bar."<br>Source: https://www.samsung.com/uk/support/mobile-devices/how-do-i-change-the-language-and-keyboard-used-on-my-samsung-galaxy-alpha/ "How do I change the language and keyboard used on my Samsung Galaxy" |

8

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | "Samsung has answered that call by adding more than 200 new emojis to the Samsung Keyboard." <br><br> Source: https://news.samsung.com/global/samsung-breathes-new-life-into-emojis-with-the-galaxy-s9-and-s9-plus "Samsung Breathes New Life into Emojis with the Galaxy S9/S9+" |
| 1-c | a plurality of input keys, separate and distinct from the domain control, assigned to the set of domain-level values associated with a selected domain level and functional mode, | On the Samsung keyboard, the character sets associated with domain levels for different language character sets and emojis input keys "separate and distinct" from the domain control emoji symbol and Spacebar. <br><br> English Language Input Keys     Korean Language Input Keys     Emojis Input Keys <br><br> Above snapshots captured during testing of Samsung S9+ smartphone <br><br> "Please note: If you select more than one language, you can quickly switch between languages by swiping your finger across the space bar." <br><br> Source: https://www.samsung.com/uk/support/mobile-devices/how-do-i-change-the-language-and-keyboard-used-on-my-samsung-galaxy-alpha/ "How do I change the language and keyboard used on my Samsung Galaxy" <br><br> "Samsung has answered that call by adding more than 200 new emojis to the Samsung Keyboard." <br><br> Source: https://news.samsung.com/global/samsung-breathes-new-life-into-emojis-with-the-galaxy-s9-and-s9-plus "Samsung Breathes New Life into Emojis with the Galaxy S9/S9+" |

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | As shown above, although the character sets associated with different domain levels (i.e. different language character sets) change, the Spacebar, Emoji symbol (i.e., the domain control) remains separate and distinct from the domain level values (the individual letters/characters/emojis in each set). |
| 1-d | wherein each input key assigned to a domain-level value is associated with a signal, representative of the domain-level value, transmitted by the input device in response to actuation of the input key; and | See 1-c above, showing that each input key transmits a signal having a value representative of a letter in the alphabet of the country in the domain-level set for that respective country. These input keys are activated by pressing on the touchscreen of the Samsung device displaying the keyboard. |
| 1-e | a function-specific display indicating a domain-level value associated with each input key for a currently selected functional mode and domain level combination, | Each language (or symbol) specific keyboard presents a "function-specific display" of a character set associated with a specific language or a set of emojis depicting particular meanings to a user that are unique for a currently selected functional mode and domain level combination. So for example, in the figures below, the functional mode includes the possibility of choosing between domains of: English (US), Emoji and Korean Language domain levels. Each of the domain level presents a unique set of keyboard characters within each of these domains. |

10

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | <br>Above snapshots captured during testing of Samsung S9+ smartphone |

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | "Please note: If you select more than one language, you can quickly switch between languages by swiping your finger across the space bar." Source: https://www.samsung.com/uk/support/mobile-devices/how-do-i-change-the-language-and-keyboard-used-on-my-samsung-galaxy-alpha/ "How do I change the language and keyboard used on my Samsung Galaxy" "Samsung has answered that call by adding more than 200 new emojis to the Samsung Keyboard." Source: https://news.samsung.com/global/samsung-breathes-new-life-into-emojis-with-the-galaxy-s9-and-s9-plus "Samsung Breathes New Life into Emojis with the Galaxy S9/S9+" |
| 1-f | wherein the input keys and domain control are simultaneously presented by the input device. | From 1-e above, it shows the touch-screen keyboard on the Samsung devices, the input keys and the domain control are simultaneously presented. Such as in the English (US) characters, emoji symbol and Spacebar. Above snapshots captured during testing of Samsung S9+ smartphone "Please note: If you select more than one language, you can quickly switch between languages by swiping your finger across the space bar." |

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | Source: https://www.samsung.com/uk/support/mobile-devices/how-do-i-change-the-language-and-keyboard-used-on-my-samsung-galaxy-alpha/ "How do I change the language and keyboard used on my Samsung Galaxy" |
| 2 | The invention as in claim 1 wherein the domain-level value assigned to an input key is determined by software associated with each functional mode. | See 1-p above, showing that the Android operating system is software which determines what domain-level value (i.e., character) is assigned to an input key associated with any functional mode and domain-level in the Samsung smart phones. |
| 3 | The invention as in claim 1 wherein the domain-level value associated with an input key is assignable by a user of the input device. | Samsung smart phones permit a "Text shortcut". User can find it under "Settings", "General Management", "Language and Input", "On-screen keyboard", "Samsung Keyboard", "Smart Typing" and then "Text Shortcut". This permits a user to stylize replacements of single characters or multi-character replacements.<br><br>Source: https://support.t-mobile.com/docs/DOC-37184 "Keyboard: Samsung Galaxy S9" |
| 9 | The invention as in claim 1 wherein each display is comprised of a touch screen. | Samsung smart phones, such as Galaxy S9, incorporate touch screens as part of the data input hardware for the devices.<br><br>Source: https://www.sammobile.com/news/galaxy-s9-tip-enhance-screen-sensitivity-if-youre-using-a-screen-protector/ "Galaxy S9 Tip: Enhance display touch sensitivity if you're using a screen protector" |
| 12 | The invention as in claim 1 wherein the domain control comprises a second set of continuously present controls for selecting the domain level within a functional mode. | Tapping and swiping the domain control "spacebar" symbol will present underlying a selection of the enabled domain-levels in the Samsung Keyboard. See for example, snapshots below. |

13

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | <br>Above snapshots captured during testing of Samsung S9+ smartphone<br><br>"Please note: If you select more than one language, you can quickly switch between languages by swiping your finger across the space bar."<br><br>Source: https://www.samsung.com/uk/support/mobile-devices/how-do-i-change-the-language-and-keyboard-used-on-my-samsung-galaxy-alpha/ "How do I change the language and keyboard used on my Samsung Galaxy" |
| Indep. Cl. 60 | | |
| 60-p | A method of operating an information input device comprising | See 1-p above, users of the Samsung devices operate those devices as shown in 1-p above; |
| | one or more functional modes of operation | See 1-a above; |
| | having multiple domain levels selectable by a domain control, | See 1-b above; |

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
|  | each domain level containing domain-level values, a plurality of input keys, separate and distinct from the domain control, | See 1-c above; |
|  | having domain-level values assigned according to a current functional mode of operation and current domain level and a display to indicate the domain-level values associated with the input keys, wherein the method comprises the steps of: | See 1-e above; |
| 60-a | first selecting a functional mode of operation of the information input device; | See 1-a above, especially: |

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | ![Select keyboard dialog showing Gboard selected, Samsung Keyboard option, and Show Keyboard button toggle]<br><br>In the Samsung devices, different functional modes may be selected:<br>"From Settings, search for and select Language and input, and then tap On-screen keyboard. Next, tap Samsung Keyboard. From here, you can adjust your desired keyboard settings."<br><br>"Once you have downloaded a keyboard, navigate to Settings, and then search for and select Language and input. Tap Default keyboard, and then select your desired keyboard."<br>Source: https://www.samsung.com/us/support/answer/ANS00079092/ "Adjust keyboard settings on your phone" |
| 60-b | second selecting, through the domain control, a domain level within the selected functional mode of operation; and | See 1-b above; |
| 60-c | actuating one or more of the input keys, associated with domain-level values | See 1-c above; |

16

Note: All internet sources last accessed and downloaded on June 13, 2019.

Samsung - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | corresponding to the domain level selected during the second selecting step, and | |
| 60-d | wherein the input keys and domain control are simultaneously presented by the input device. | See 1-f above. |

Note: All internet sources last accessed and downloaded on June 13, 2019.