LAW OFFICES OF SETH W. WIENER
Seth W. Wiener (SB# 203747)
seth@sethwienerlaw.com
609 Karina Court
San Ramon, California 94582
Telephone: (925) 487-5607

DEVLIN LAW FIRM LLC
Timothy Devlin (admitted *pro hac vice*)
tdevlin@devlinlawfirm.com
Patrick R. Delaney (admitted *pro hac vice*)
pdelaney@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Princeps Secundus LLC*

PAUL HASTINGS LLP
Allan M. Soobert (*pro hac vice* pending)
allansoobert@paulhastings.com
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 551-1700
Facsimile:   (202) 551-1705

Elizabeth L. Brann (SB# 222873)
elizabethbrann@paulhastings.com
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone:   (858) 458-3000
Facsimile:   (858) 458-3005

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd., Samsung*
*Electronics America, Inc. and Samsung*
*Semiconductor, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PRINCEPS SECUNDUS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Case No.: 3:20-cv-00201-EMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO INITIAL COMPLAINT AND WAIVER OF FOREIGN SERVICE REQUIREMENT** |

Plaintiff, Princeps Secundus LLC ("Plaintiff"), and Defendants, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. ("Defendants"), through their respective attorneys, without waiving any defenses described or referred to in Fed. R. Civ. P. 12, stipulate as follows:

1. Defendant Samsung Electronics America, Inc. ("SEA") was formally served with the Summons and Complaint on January 22, 2020 and the Answer is due on February 12, 2020;

2. SEA agreed to accept electronic service on February 5, 2020 and was electronically served with the remainder of case initiating documents required under the local rules of this Court on February 6, 2020;

3. Defendant Samsung Semiconductor, Inc. ("SSI") was served with the Summons and Complaint on January 21, 2020 and the Answer is due on February 11, 2020;

4. SSI agreed to accept electronic service on February 5, 2020 and was electronically served with the remainder of case initiating documents required under the local rules of this Court on February 6, 2020;

5. Defendant Samsung Electronics Co., Ltd. ("SEC") has not been served and is located in 129 Samsung-ro, Yeongtong-gu, Suwon-si, Gyeonggi-do 16677, Korea;

6. SEC has agreed to waive service of the complaint upon receipt of the appropriate waiver papers under Fed. R. Civ. P. 4(d).

7. Plaintiff and Defendants agree to extend the deadline for all defendants to respond to Plaintiff's complaint, setting the new deadline for response as May 12, 2020.

SO STIPULATED



Dated: 2/10/2020