LAW OFFICES OF SETH W. WIENER
Seth W. Wiener (SB# 203747)
seth@sethwienerlaw.com
609 Karina Court
San Ramon, California 94582
Telephone: (925) 487-5607

DEVLIN LAW FIRM LLC
Timothy Devlin (admitted *pro hac vice*)
tdevlin@devlinlawfirm.com
Patrick R. Delaney (admitted *pro hac vice*)
pdelaney@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Princeps Secundus LLC*

PAUL HASTINGS LLP
Allan M. Soobert (*pro hac vice* pending)
allansoobert@paulhastings.com
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 551-1700
Facsimile:   (202) 551-1705

Elizabeth L. Brann (SB# 222873)
elizabethbrann@paulhastings.com
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone:   (858) 458-3000
Facsimile:   (858) 458-3005

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and Samsung*
*Electronics America, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PRINCEPS SECUNDUS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and, SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No.: 3:20-cv-00201-EMC<br><br>**JOINT STIPULATION TO AMEND ORIGINAL COMPLAINT WITHOUT PREJUDICE** |

Pursuant to Civil Local Rule 10-1 and Federal Rule of Civil Procedure 15(a), Plaintiff Princeps Secundus LLC ("Princeps" or "Plaintiff") and Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA"), (collectively "Samsung" or "Defendants"), through their respective attorneys, hereby stipulate to entry of the First Amended Complaint submitted herewith without prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney fees and costs.

By consenting to the filing of a First Amended Complaint, Samsung is not conceding, and expressly reserves, its rights to contest by all permissible procedures and means, including but not limited to, (a) the truth of any factual allegation in the First Amended Complaint; and (b) the legal or factual adequacy of any claim asserted in the First Amended Complaint.

Date:  April 29, 2020

DEVLIN LAW FIRM LLC

 /s/Patrick R. Delaney
Timothy Devlin (admitted *pro hac vice*)
Patrick R. Delaney (admitted *pro hac vice*)
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
pdelaney@devlinlawfirm.com

Seth W. Wiener
LAW OFFICES OF SETH W. WIENER
California State Bar No. 203747
609 Karina Court
San Ramon, California 94582
Telephone: (925) 487-5607
seth@sethwienerlaw.com

*Attorneys for Plaintiff,*
*Princeps Secundus LLC*

Respectfully submitted,

PAUL HASTINGS LLP

*/s/ Allan M. Soobert*
Allan M. Soobert (*pro hac vice pending*)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705 fax
allansoobert@paulhastings.com

Elizabeth L. Brann (SB# 222873)
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005
elizabethbrann@paulhastings.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Date:  April 29, 2020                                            */s/ Patrick Delaney*
                                                                                    Patrick Delaney

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic filing.

                                                                                   */s/ Patrick Delaney*
                                                                                    Patrick Delaney